# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3470

_____

| | | |
|---|---|---|
| Delta Remanufacturing of Mariana, LLC, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Carlos Crisp, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Bobby Mott, | * | District of Arkansas. |
| | * | |
| Plaintiff, | * | [UNPUBLISHED] |
| | * | |
| v. | * | |
| | * | |
| Jim O'Connor; Gary Lynch, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 3, 2001
Filed: May 15, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Carlos Crisp appeals from the district court's[1] order awarding attorneys' fees to defendants under Ark. Code Ann. § 16-22-308 in this diversity-jurisdiction action for breach of contract. Upon de novo review of the application of state law, see Lincoln Benefit Life Co. v. Edwards, 243 F.3d 457, 461 (8th Cir. 2001) (per curiam), we agree with the district court that defendants were prevailing parties when Crisp voluntarily dismissed his complaint with prejudice. Furthermore, the district court did not abuse its discretion in the extent of the award or in denying Crisp's motion for reconsideration. See Jarrett v. ERC Properties, Inc., 211 F.3d 1078, 1084-85 (8th Cir. 2000) (attorneys' fees); Sanders v. Clemco Indus., 862 F.2d 161, 169-70 (8th Cir. 1988) (motion for reconsideration).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.